■ MILLICENT LINDEN, Appellant, v NATHAN A. SHORE, Respondent.—
Order, Supreme Court, New York County, entered June 10, 1975, which
directed a physical examination of plaintiff by a dentist in this malpractice
action against a dentist, unanimously affirmed, without costs and disburse-
ments. The examination is warranted under CPLR 3121 as plaintiff's physi-
cal condition is "in controversy" and the examination may be of value.
There is no showing by plaintiff that the proposed examination involves that
degree of pain or poses that degree of danger to her life or health as would
warrant a protective order disallowing such examination. Concur—Marke-
wich, J. P., Lupiano, Tilzer, Lane and Nunez, JJ.